UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY KARL BLACKWELL, | ) | No. CV 16-5747-GW (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| DAVE DAVEY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: November 21, 2016

GEORGE H. WU
United States District Judge